IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CLIFFORD WRIGHT III,<br><br>        Petitioner,<br><br>vs.<br><br>US GOVERNMENT, STATE OF NEBRASKA, DOUGLAS COUNTY CORRECTIONS OFFICERS, JUDGE WADIE THOMAS, OMAHA POLICE DEPARTMENT/GANG UNIT, and US MARSHALL,<br><br>        Respondents. | **8:19CV310**<br><br>**MEMORANDUM AND ORDER** |

On August 9, 2019, the court ordered Plaintiff to update his address with the court within 30 days or face dismissal of this action. ([Filing No. 9](#).) To date, Plaintiff has not updated his address or taken any other action in this matter.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.

2. The court will enter judgment by a separate document.

Dated this 13th day of September, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge
